IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.S., Parent, on Behalf of her Minor son R.S., Philadelphia, PA | |
| vs. | Civil Action |
| The School District of Philadelphia | No: 05 CV 3395 |
| and | |
| The Philadelphia School Reform Commission 2130 Arch Street, 5th Floor, Philadelphia, PA 19103 | FILED JAN 30 2007 |
| and | |
| Paul G. Vallas, Chief Executive Officer of the School District of Philadelphia | |
| and | |
| David Hornbeck, Former Superintendent of the School District of Philadelphia | |
| Individual Defendants as employees of the School District of Philadelphia, in their official and individual capacities. | |

## ORDER

AND NOW, this 30th day of January, 2007, upon review of the Motion and *in camera* *unopposed* Memorandum of Law of Plaintiffs, K.S. and R.S., for approval from the Court, pursuant to Local Rule 41.2 of the Parties' settlement involving a minor, it is hereby ORDERED that the Court approves the terms of the Parties' settlement involving a minor.

-1-

ENTERED
JAN 31
CLERK OF COURT

BY THE COURT:

<u>*Timothy R. Rice*</u>
        J.